### NEDZMIJE MAMUDOVSKI *v.* BIC CORPORATION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 715 (AC 21957), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court improperly granted the defendant's motion for summary judgment with respect to the plaintiff's negligence claim?"

The Supreme Court docket number is SC 17069.

*Francis P. Alvarez* and *David P. Powilatis,* in support of the petition.

*John T. Bochanis,* in opposition.

Decided October 1, 2003

### CITY OF STAMFORD ET AL. *v.* JOSEPH STEPHENSON ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 78 Conn. App. 818 (AC 22322), is denied.

*James V. Minor,* assistant corporation counsel, in support of the petition.

*Geoffrey K. Milne* and *Ridgely Whitmore Brown,* in opposition.

Decided October 1, 2003